IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID E. WILLIAMS                                                                           PLAINTIFF

VS.                                        CASE NO. 4:08-CV-4029

KIRK JOHNSON, Former
Prosecutor, Miller County,
Arkansas, and JIM H. GUNTER,
Former Prosecutor, Miller
County Arkansas                                                                           DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 1, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge, Western District of Arkansas. (Doc. 8). Judge Bryant finds several fatal deficiencies in Plaintiff David E. Williams's complaint, and recommends that the same be dismissed prior to service of process on Defendants. (Doc. 8, pg. 3). Williams has responded with timely objections. (Doc. 9). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own.

Judge Bryant's recommendation, to dismiss Plaintiff's complaint, is based upon Plaintiff's claims having been adjudicated and denied by this Court in a previous lawsuit, *Williams v. Miller County Circuit Court, et al*, 4:06-CV-4037 (W.D. Ark. 2006), affirmed on appeal, (*See* Doc. 21 in 4:06-CV-4037), and denied certiorari by the United States Supreme Court. (*See* Doc. 24 in 4:06-CV-4037). In addition, Judge Bryant identified insuperable bars to relief in the case at bar in the form of the statute of limitations, *see* Ark. Code Ann. § 16-56-105(3); *Miller v. Norris*, 247 F.3d 736, 739 (8th Cir. 2001)(finding the three-year limitations period of Ark. Code Ann. § 16-56-105(3) applicable to § 1983 cases) given that Williams herein complains of events occurring between July and September of 1979, (Doc. 2, ¶ VII) and in the form of absolute immunity under controlling law

for Defendants Kirk Johnson and Jim H. Gunter, both former prosecuting attorneys for Miller County, Arkansas. *See, e.g., Brodnicki v. Omaha*, 75 F.3d 1261 (8th Cir. 1996)(finding county prosecutors entitled to absolute immunity from suit). Nothing contained in Williams's objections persuades the Court that a result other than immediate dismissal is appropriate.

Accordingly, Plaintiff David E. Williams's Complaint should be and hereby is **DISMISSED WITH PREJUDICE** prior to service upon Defendants Kirk Johnson and Jim H. Gunter.

**IT IS SO ORDERED**, this 29th day of July, 2008.

                                                      /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge